AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP - 9 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Rene Danilo Hernandez-Medina

**CRIMINAL COMPLAINT**

Case Number: M-19-2172-M

IAE   YOB: 1971
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 7, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Rene Danilo Hernandez-Medina was encountered by Border Patrol Agents near Los Ebanos, Texas on September 7, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 7, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on October 18, 2000 through Phoenix, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 11, 1997, the Defendant was convicted of Possession of Controlled Substance and sentenced to sixteen (16) months confinement.

Approved AUSA L. GARCIA

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant
Nicolas Burgos, Border Patrol Agent

Sworn to before me and subscribed in my presence,
September 9, 2019   4:15 pm

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer